**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**PADUCAH DIVISION**
**CIVIL ACTION NO. 5:15-CV-00133-TBR**

CHRISTOPHER D. MONTGOMERY,                                                    Plaintiff,

v.

TROY BELT, *et al.*,                                                         Defendants.

### ORDER AND JUDGMENT

Before the Court is Defendant Troy Belt's Motion for Summary Judgment.  For the reasons discussed in the Court's separately entered Memorandum Opinion,

**IT IS HEREBY ORDERED** that Defendant Troy Belt's Motion for Summary Judgment, R. 32, is **GRANTED**;

**IT IS FURTHER ORDERED** that **JUDGMENT IS ENTERED** in favor of Defendant Troy Belt and against Plaintiff Christopher D. Montgomery on all counts in the above-styled action.

There being no just cause for delay, this is a final and appealable Order.

Date:

cc:    Plaintiff, *pro se*
       Counsel of Record

1